IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JUDITH NOLEN,

       Plaintiff,

v.

CITY OF HUDSON, VILLAGE OF SOMERSET and
LEAGUE OF WISCONSIN MUNICIPALITIES
MUTUAL INSURANCE,

       Defendants,

and

BLUE CROSS BLUE SHIELD OF ILLINOIS,

       Subrogated Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 13-cv-428-bbc

---

      This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that all federal claims in plaintiff Judith Nolen's complaint against defendants City of Hudson, Village of Somerset and League of Wisconsin Municipalities Mutual Insurance and any cross claims arising from those federal claims are dismissed on the merits, with prejudice, and without costs or fees awarded to any party.

      IT IS FURTHER ORDERED AND ADJUDGED that any state law claims in the complaint and any cross claims arising from those state law claims are dismissed without prejudice for lack of subject matter jurisdiction, without costs or fees awarded to any party.

_____        _8/21/13_____
Peter Oppeneer, Clerk of Court                                     Date